# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Linda E. Herring,                                    Civil No. 08-3272 (RHK/AJB)

       Plaintiff,                              **DISQUALIFICATION AND**
                                                     **ORDER FOR REASSIGNMENT**

vs.

Wyeth, Wyeth Pharmaceuticals, Inc.,
Pharmacia & Upjohn Company LLC, f/k/a
Pharmacia & Upjohn Company, Pfizer, Inc.,

       Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.


Dated:  June 27, 2008

                      s/Richard H. Kyle
                      RICHARD H. KYLE
                      United States District Judge